FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30130 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-00035-SEH |
| v. | |
| CYBH, JUVENILE MALE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted December 19, 2011[**]

Before:     GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Appellant, a juvenile, appeals from the sentence imposed following his

true-plea to an act of juvenile delinquency, pursuant to 18 U.S.C. § 5037.

Appellant was sentenced to official detention until his nineteenth birthday followed

by 12 months of juvenile delinquent supervision.  We have jurisdiction

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. Appellant. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Appellant contends that the district court's sentence contravenes the rehabilitative purposes of the Federal Juvenile Delinquency Act, 18 U.S.C. § 5031 et. seq., and that detention was not the least restrictive means of achieving these purposes.  We conclude that the district court did not abuse its discretion in fashioning the sentence.  *See United States v. Doe*, 149 F.3d 945, 950-51 (9th Cir. 1998); *see also United States v. Juvenile*, 347 F.3d 778, 787-88 (9th Cir. 2003).

**AFFIRMED.**